**Kenneth SUITTER, d/b/a Sound Investment, Plaintiff–Appellant,**

v.

**HOLIDAY INN SOUTHWEST, Defendant–Respondent.**

No. 63233.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 9, 1993.

Beach, Burcke, Helfers & Waltrip, P.C., David G. Waltrip, St. Louis, for plaintiff-appellant.

James A. Fredericks, Clayton, for defendant-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## *ORDER*

PER CURIAM.

Plaintiff, Kenneth Suitter d/b/a Sound Investment, brought an action against defendant, Holiday Inn Southwest, seeking injunctive relief and damages for the alleged breach of a non-competition agreement in an employment contract between him and defendant. Plaintiff appeals from the judgment of the trial court, in a court-tried case, in favor of defendant.

We have reviewed the record on appeal. The judgment of the trial court is supported by substantial evidence; no error of law appears. An opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).